**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CHECKERS DRIVE-IN RESTAURANTS,**
**INC.**, a Delaware corporation,

    Plaintiff,

v.                                                       Case No. 8:10-cv-2767-T-30MAP

**HULON FAST FOODS, INC.**, a South
Carolina corporation, and **MICHAEL G.**
**HULON**, individually,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion For Attorney's Fees and Costs (Dkt. 18). The Court entered an Order granting Plaintiff's Motion for Default Final Judgment against Defendants on March 7, 2011, awarding damages and permanently enjoining the operation of two Checkers Restaurants. Plaintiff therefore prevailed on its claims for breach of the Franchise Agreements and other claims. Pursuant to the Franchise Agreements at issue, Plaintiff is entitled to attorney's fees and costs.

Plaintiff seeks attorneys' fees in the amount of $8,354.50 and costs in the amount of $1,085.87. The Court concludes that the amount of attorney's fees is reasonable. With regard to the requested costs, the Court reduces the amount to a total of $700.00, consisting of $350.00 for the filing fee and $350.00 for service of process.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion for Attorneys' Fees and Costs (Dkt. 18) is GRANTED in part.

2. The Clerk is directed to enter a JUDGMENT FOR ATTORNEY'S FEES in favor of Plaintiff, Checkers Drive-In Restaurants, Inc., and against Defendants, Hulon Fast Foods, Inc. and Michael G. Hulon, in the amount of $9,054.50.

**DONE** and **ORDERED** in Tampa, Florida on April 14, 2011.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2010\10-cv-2767.atty fees 18.frm